UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

        Plaintiff(s),         Case No. 09-20297-04

v.         Honorable John Corbett O'Meara

AUSTIN GOMAN (D-4, ONLY)

        Defendant(s).
        _____/

ORDER RE: DISQUALIFICATION OF JUDGE

    Pursuant to 28 U.S.C. § 455, I hereby DISQUALIFY myself from the above-styled case.

    IT IS ORDERED that in accordance with E.D. Mich. LCrR 57.10(c), this case be reassigned by blind draw to another judge of this court.

Date: April 6, 2012         s/John Corbett O'Meara
        John Corbett O'Meara
        U.S. District Judge

---

    Pursuant to this order, this case is reassigned to Judge Gerald E. Rosen.
Case assignment credit will be given to the appropriate Judicial Officers.

Certificate of Service

    I hereby certify that on this date a copy of the foregoing Order was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

Date: April 9, 2012         s/ S Schoenherr
        Deputy Clerk