UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,               No. 09-CR-20297

-vs-                                               Hon. Gerald E. Rosen

D-4    AUSTIN GOMAN,

        Defendant.
_____/

**MOTION TO DISMISS INDICTMENT AND CANCEL
UNEXECUTED ARREST WARRANT AND BRIEF IN SUPPORT THEREOF**

      The United States of America hereby moves this Court for leave to dismiss the Indictment and First Superseding Indictment against Austin Goman in this case for the reason that the ends of justice would best be served by this dismissal. Rule 48(a) of the Federal Rules of Criminal Procedure provides that "[t]he government may, with leave of court, dismiss an indictment, information, or complaint."

      The government also requests this Court to cancel the unexecuted arrest warrants for Austin Goman, which are based on the Indictment and First Superseding Indictment.

s/Stephen L. Hiyama                           s/With Consent of Barbara L. McQuade
Stephen L. Hiyama                                  United States Attorney
Assistant United States Attorney
211 West Fort Street, Suite 2001
Detroit, MI 48226
tel. 313-226-9674
e-mail: stephen.hiyama@usdoj.gov
bar no.: 32236

Dated: May 24, 2012