UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                No. 09-CR-20297

-vs-                               Hon. Gerald E. Rosen

D-4    AUSTIN GOMAN,

        Defendant.
_____/

## ORDER OF DISMISSAL

    This matter coming before the Court on the government's motion, the Court grants the government leave to dismiss the Indictment and First Superseding Indictment against Austin Goman, and those charges are hereby dismissed. The Court also orders that the unexecuted arrest warrants for Austin Goman be canceled.

                                              s/Gerald E. Rosen
                                              Gerald E. Rosen
Date: May 24, 2012                 *Chief United States District Judge*